In Re

Reginald D. Reece-Pro-se

RECEIVED IN
The Court of Appeals
Sixth District

JUN 0 1 2015

Texarkana, Texas
Debra Autrey, Clerk

Bowie County Dist. Clerk
Billy fox, In her Official
Capacity, 202nd Dist. Court,

Sixth Appellate
Court Dist

State of Texas

(A) Plaintiff Original Application for Writ of Mandamus

FILED IN
The Court of Appeals
Sixth District

JUN 0 1 2015

Texarkana, Texas
Debra K. Autrey, Clerk

TO THE Honorable Said Court

Comes Now Reginald D. Reece, Relator, Pro-se, in the Above-styled Cause of Action And files this Original Application for Writ of Mandamus pursuant to Art 11.07 Sec(3) of the Texas Code of Criminal Procedure And Would Show the Court the following;

(B). I Am A Inmate At the Gurney Unit, 1385 fm 3328 Palestine, Tx 75803 Inmate Tdc # 1857130

Relator has Exhausted his remedies And has No other Adequate remedies At law

The Act Sought to be Compelled is Ministerial Not discretion in Nature, Texas Code of Criminal Procedure 11.07 Sec (3) requires respondent to immediately transmit to the Court of Appeals, A Copy of the Application for Writ of Habeas Corpus, Any Answer file, Exhibit A Certificate reciting the date upon which the findings was made of the Convicting Court decides there are No issues to be Resolved, No Copy of the Application

(1)

Had such documents, been transmitted to the Court of Criminal Appeals by respondent as required by statute, Relator would have receive notice from the Court of Criminal Appeals

(C) Respondent, Ms. Billy Fox, in her Capacity As Dist. Clerk of Bowie County, Tx, has A Ministrual duty to receive And file All papers in A Criminal Proceeding, And Perform all other duties imposed on the Clerk by law pursuant to Texas Code of Criminal Procedure Art. 2.21 And responsible under Texas Code of Criminal Procedure 11.07 Sec(3) to immediately transmit to the Court of Criminal Appeals A Copy of Writ of Habeas Corpus, Any Exhibits, Any Answer filed And A Certificate reciting the date upon which the findings was made if the Convicting Court, decides there are No issues to be resolved Ms. Billy Fox, District Clerk, May be served at her place of business at the Bowie County Courthouse, 712 James Bowie Dr. New Boston, Texas 75509

(D) Violation of Art. 11.07 Texas Code of Criminal Procedures

The respondent violated 11.07 Sec(3) of the Texas Code of Criminal Procedure by failing to Provide A Copy of the Application And exhibits for Writ of Habeas Corpus, Any Answers filed Concerning the (16) months Jail Backtime the trial Court was suppose to have given me, When I was Arrested on A warrant out of Bowie County in Cass County in August 21, 2011, Spent (16) months in Custody of Another with Bowie County warrant hold (see exhibit Attached to writ) in this Cause. A Certificate Reciting the date upon which finding of fact was made to the Court of Criminal Appeals within Time Prescribed by law And within A Reasonable Time from the date the documents were requested to be Transmitted. To date, Relator has recieved No response from respondent regarding Relator's request for transmittal of A Copy of the

(2)

FOR Writ of Habeas Corpus, And the exhibits Attached thereto, Any Answers filed And A Certificate reciting the date upon that findings was Made to the Court of Criminal Appeals.

Relator, has repeatedly Put respondent on Notice that Relator Ceaks the transmittal of A Copy of the Application of Writ of Habeas Corpus And the exhibits Attached thereto. Such records are required by the Court of Appeals to Act on Relator's Writ of Habeas Corpus. Relator has gone well beyond Any requirement or obligation imposed upon him by the Texas Code of Criminal Procedure in Contrast to Relator's efforts, Respondent has wholly failed to Comply with The Texas Code of Criminal Procedures Art. 11.07 Sec(3) is Acting in Bad faith And has Also failed to Afford Relator the Professional And Common Courtesy of Any Written responses to his Correspondence And Request.

Art. 11.07 Sec (3) Clearly States that "[I]F the Convicting Court decides that there Are No Such issues, the Clerk Shall immediately transmit to the Court of Appeals A Copy of the Application, Any Answer filed, And A Certificate Reciting the date upon which that finding was made. Failure of the Court to Act within the Allowed 90 days Shall Constitute Such A finding. Texas Code of Criminal Procedure Art 11.07 Sec (3) Respondent is In Violation of this Procedure, Ministerial duties, And thus the laws of this State.

## Prayer for Relief

Wherefore, Premises Considered, Relator Reginald D. Reece, Pro-se, request A finding That the Respondent did not Transmit document to the County Criminal Appeal within Reasonable time, After the date they Were Requested And that Relator brought this litigation in Goood faith And has Substantially Prevailed. Relator, Prays for An Order directing responded to transmit Copy of this Application for Writ of Habeas Corpus, Any Answer filed And A Certificate reciting the date upon which the findings was made to the County Criminal Appeals As directed in Art 11.07 Sec (3) T.C.C.P. And AS Request by letter Sent to the

(3)

Clerk by Relator Concerning this Matter

Respectfully Submitted.

Reginald Reece, Pro-Se
1857130
Coffield Unit
1385 fm 3328
Palestine, Tx 75803


State of Texas
County of Bowie

Affidavit

I Swear under the Penalty of Perjury that the facts And Allegations in the Above Application for Writ of Mandamus Are true And Correct

Witness my hand this day of 25 of May 2015
Reginald D. Reece Pro-Se
#1857130

Baal-Perizim